In the Matter of ETHEL WEISS, as Mother and General Guardian of STEVEN M. BLAUVELT, an Infant, Respondent. MELVIN BLAUVELT, Appellant.

Supreme Court, Appellate Term, First Department, May 31, 1951.

*Louis Spivack* for appellant.

*Abraham Rosenfeld* for respondent.

*Per Curiam.* In the case of an infant under sixteen years of age the consent of both parents, if living, to the change of name is required by section 60 of the Civil Rights Law.

The order should be reversed, with $10 costs and disbursements, and motion denied.

EDER and SCHREIBER, JJ., concur; HOFSTADTER, J., concurs in result.

Order reversed, etc.